UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
APR 29 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                            DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALFREDO NAVARRO-GARCIA,<br><br>    Defendant. | CASE NO. 10cr1060-BTM<br><br>**JUDGMENT OF DISMISSAL** |

  IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of:___8 USC 1325 - ILLEGAL ENTRY (MISDEMEANOR);___
8 USC 1325 - ILLEGAL ENTRY

  IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 4/29/10

                _/s/ William McCurine, Jr._
                WILLIAM McCURINE, JR.
                UNITED STATES MAGISTRATE JUDGE

                ENTERED ON _____